UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2008 OCT 27  AM 11:49

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

CECIL COLEMAN,

        Plaintiff,

v.                                  Case No. 2:08-cv-780-FtM-29SPC

OFFICER BAVARO, OFFICER PRESCITI and
LT. COLEMAN,

        Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

✓ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:

_Cecil Coleman Jr._                         _Cecil Coleman Jr._
[Counsel of Record or *Pro Se* Party]     [Counsel of Record or *Pro Se* Party]
[Address and Telephone]                  [Address and Telephone]