UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CECIL COLEMAN,**

    **Plaintiff,**

v.                                  Case No.: 2:08-CV-780-FtM-29SPC

**OFFICER BAVARO,**
**OFFICER PRESCITI, and**
**LT. COLEMAN,**

    **Defendants.**
_____/

## DEFENDANTS' ANSWER, DEFENSES, AND DEMAND FOR JURY TRIAL

Defendants **Coleman** and **Presciti**, through counsel, submit this Answer, Defenses, and Demand for Jury Trial in response to the Plaintiff's civil rights complaint (Doc. 1) and state as follows:

*Jurisdiction*: Admitted

*Plaintiff's location*: Denied

*Defendants*: Admitted as to names. Remainder denied.

*Statement of Facts*: Admitted that Plaintiff grabbed the wheelchair. Remainder denied as stated by Plaintiff.

*Cause of Action*: Denied

*Relief*: Denied that Plaintiff is entitled to any damages or any relief whatsoever.

**Defenses and Affirmative Defenses**

1. Plaintiff has not established a violation of his constitutional rights and his claims are malicious.

2. Plaintiff is not entitled to compensatory or punitive damages per 42 U.S.C. § 1997e(e).

3. Plaintiff failed to fully and properly exhaust his administrative remedies.

4. Plaintiff fails to state a claim against Defendants.

5. Defendants are entitled to qualified immunity.

**Demand for Jury Trial**

Defendants demand a jury trial on all issues triable.

Respectfully submitted,

**BILL MCCOLLUM**
**ATTORNEY GENERAL**

s/ Lance Eric Neff
Lance Eric Neff
Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
Email: Lance.Neff@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: Cecil Coleman, DC# J04634, Santa Rosa C.I., 5850 East Milton Road, Milton, Florida, 32583-7914 on this 1st day of July 2010.

/s/ Lance Eric Neff
LANCE ERIC NEFF