**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CECIL COLEMAN,**

    **Plaintiff,**

v.                                             **Case No.: 2:08-CV-780-FtM-29SPC**

**OFFICER BAVARO,**
**OFFICER PRESCITI, and**
**LT. COLEMAN,**

    **Defendants.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04, I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

\_\_X\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Respectfully submitted,

**BILL MCCOLLUM
ATTORNEY GENERAL**

/s/ Lance Eric Neff
LANCE ERIC NEFF
Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
Email: Lance.Neff@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the court's CM/ECF system to counsel of record on this 22nd day of November, 2010.

/s/ Lance Eric Neff
LANCE ERIC NEFF