UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CECIL COLEMAN.,
    Plaintiff,

v.

OFFICER PRESCITI, et al.,
    Defendants.

Case No. 2:08-cv-780-FtM-29SPC

**Certificate of Interested Persons
and Corporate Disclosure Statement**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Cecil Coleman
James Cook, Law Office of James Cook
Florida Dept. of Corrections
Lance Neff , Office of the Attorney General
Susan Maher, Office of the Attorney General
Douglas Coleman
Victor Presciti
Leonardo Navarro

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Cecil Coleman

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

   Respectfully Submitted this 23d day of November, 2010.

                                                  _s/ James V. Cook_____
                                                James Cook, FBN 0966843
                                                Law Office of James Cook
                                                314 West Jefferson Street
                                                Tallahassee, FL 32301
                                                Telephone: (850) 222-8080
                                                Facsimile: (850) 561-0836
                                                cookjv@nettally.com

                                                ATTORNEY FOR PLAINTIFF